UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENESHA RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT, et al.,<br><br>    Defendants. | Case No. 23-cv-03474-JD<br><br>**ORDER RE DISMISSAL OF CALIFORNIA FINEST WINDOWS AND CASE MANAGEMENT** |

This is a case brought by pro se plaintiff Kanesha Richards against Home Depot and California Finest Windows. Dkt. No. 1. Defendant Home Depot U.S.A., Inc. has answered the complaint. Dkt. No. 6. California Finest Windows (CFW) has moved to dismiss. Dkt. No. 14.

CFW fairly points out that there are no factual allegations against it in plaintiff's complaint, and all of plaintiff's legal claims are alleged against Home Depot only. *See* Dkt. No. 1 at 3-6. In other words, there is no claim stated against CFW in plaintiff's complaint. Fed. R. Civ. P. 12(b)(6). Ordinarily, the Court would have granted CFW's motion to dismiss and called for an amendment of the complaint, but Richards has expressly requested that, "If my opposition to CFW's request for dismissal is found insufficient . . . or [the Court's] instructions . . . is for an amended complaint, I ask kindly and respectfully that CFW be dismissed without prejudice." Dkt. No. 18. Richards's request is granted, and CFW is consequently dismissed from the action without prejudice. Fed. R. Civ. P. 41(a)(2). The hearing that was set for December 21, 2023, is vacated.

Home Depot asked for a stay of discovery in the joint case management statement, pending the completion of plaintiff's criminal complaint with the San Leandro Police Department. Dkt. No. 20 at 9. The stay request is denied. Home Depot and Richards are directed to jointly file by

January 26, 2024: (1) a proposed case schedule; and (2) a proposed Alternative Dispute Resolution (ADR) method (*e.g.*, mediation or early neutral evaluation through the Court's ADR Unit).

Pro se plaintiff Richards is referred to the Court's webpage which provides various resources for pro se litigants: https://www.cand.uscourts.gov/pro-se-litigants/. Richards may also wish to seek free legal consultation through the JDC Legal Help Center by calling 415-782-8982 (appointment line for Oakland location). The Help Center can generally provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: December 18, 2023

_____
JAMES DONATO
United States District Judge